## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00865-PAB-MEH

ESTATE OF MARCIANO BRIONES;
MARC BRIONES, individually and as Co-Personal Representative of the Estate of Marciano Briones;
MARCI BRIONES, individually and as Co-Personal Representative of the Estate of Marciano Briones; and
MARIA BRIONES, individually and as Co-Personal Representative of the Estate of Marciano Briones;

      Plaintiffs,

v.

DARIUS ARDREY, in his individual capacity,

      Defendant.

_____

### UNOPPOSED MOTION TO VACATE AND RESET TRIAL
_____

The Defendant, by and through undersigned counsel, respectfully submits the following Unopposed Motion to Vacate and Reset Trial set to begin on December 6, 2021 and in support thereof states as follows:

### D.C.COLO.LCivR 7.1 CERTIFICATION

Undersigned counsel conferred with counsel for Plaintiffs, who do not object to the relief sought herein.

1.     This case is set for a five day jury trial that is scheduled to begin on December 6, 2021.

2.     Defendant respectfully requests that this trial date be vacated and reset.

3.     Defendant is requesting this extension due to extraordinary circumstances.

1

4.      Undersigned counsel, Kerri A. Booth, is the lead attorney for Defendant in this case. She has prepared all of the briefing, taken and defended all of the depositions, conducted all o the written discovery and has been the main point of contact with Plaintiffs' counsel throughout the pendency of this case.

5.      Undersigned counsel's family have all become ill and have tested positive for COVID-19 requiring them to quarantine at home during the pendency of their illness. Undersigned counsel's husband and daughter both require care and assistance which has and will continue to prevent her from working full time and will prevent her from going into her offices. Undersigned counsel's five year old daughter is unable to return to school until November 29, 2021 at the earliest; this date could change based on the persistence of symptoms.

6.      In light of this truly unexpected set of circumstances, undersigned counsel will be unable to adequately prepare for the trial that is set to begin at the beginning of December.

7.      No party will be prejudiced by the relief sought herein.

8.      Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that she will send a copy of this Motion to her clients.

WHEREFORE, Defendant Ardrey respectfully requests that the Court vacate and reset the jury trial set to begin on December 6, 2021 and for such further relief as this Court deems just and proper.

DATED: November 16, 2021              Respectfully submitted,

<div style="margin-left: 40%;">

*s/Kerri A. Booth*
Kerri A. Booth
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
kbooth@adcogov.org
*Counsel  for  Defendant Darius Ardrey*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                *s/Kerri A. Booth*
                                                Kerri A. Booth
                                                Assistant County Attorney
                                                Adams County Attorney's Office
                                                4430 S. Adams County Pkwy
                                                5th Floor, Suite C5000B
                                                Brighton, CO  80601
                                                Phone:  (720) 523-6116
                                                Fax:  (720) 523-6114
                                                kbooth@adcogov.org
                                                *Counsel for Defendant Darius Ardrey*